Jason Schwartz, Esq.
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for SN Servicing Corporation as servicer for U.S.
Bank Trust National Association, as Trustee of Dwelling
Series IV Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X

|  |  |
|---|---|
| IN RE: | CASE NO.: 22-19036-MBK |
|  | CHAPTER: 13 |
| Anthony Charles Peterson | |
| Tracey Lynn Peterson | HON. JUDGE.: |
|  | Michael B. Kaplan |
| Debtors | |
|  | HEARING DATE: March 8, 2023 at 9:00 AM |

-----------------------------------------------------------------X

## STATEMENT AS TO NON-NECESSITY OF BRIEF

The movant certifies pursuant to D.N.J. LBR 9013-2 that the within motion involves common questions of law and fact and does not involve complex or novel issues such as to require the submission of a legal brief.

Dated: Garden City, NY
         02/14/2023

By: /s/ Jason Schwartz, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for SN Servicing Corporation as servicer
for U.S. Bank Trust National Association, as
Trustee of Dwelling Series IV Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100