# Exhibit "C"





# Ocean County
## Document Summary Sheet

| | | | | | |
|---|---|---|---|---|---|
| **Type** | ASSIGNMENT/MORTGAGE | | | | |
| **Consideration** | | | | | |
| **Submitted By** | VESTA LAND TRANSFER CORP (AFFILIATED COMPUTER SERVICES) | | | | |
| **Document Date** | 10/18/2011 | | | | |
| **Reference Info** | | | | | |

**ASSIGNMENT/MORTGAGE**

| Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|
| MB | 12796 | 237 | | |

| MORTGAGOR | Name | Address |
|---|---|---|
| | MERS | |
| | ANTHONY PETERSON | |

| ASSIGNEE | Name | Address |
|---|---|---|
| | DEUTSCHE BANK NAT'L TRUST CO TRSTE | |

**Parcel Info**

| Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
|---|---|---|---|---|---|
| | | | | | |

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF OCEAN COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

This is not a certified copy

Prepared By: Nadine Alvarez
Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, Florida, 33409
Phone Number: 561-682-8835
6970562385820
Attorney Code: 13760

## ASSIGNMENT OF MORTGAGE
## NEW JERSEY

This ASSIGNMENT OF MORTGAGE from **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)**, as nominee for WILMINGTON FINANCE, A DIVISION OF AIG FEDERAL SAVINGS BANK, whose address is PO Box 2026 Flint, MI 48501-2026, its successors and assigns, ("Assignor) to **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF JANUARY 1, 2006 MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-1**, whose address is c/o Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, Florida, 33409, (Assignee) all its rights, title and interest in and to a certain mortgage duly recorded in the Office of the Public Records of **OCEAN** County, State of New Jersey, as follows;

Mortgagor: ANTHONY PETERSON AND TRACEY LYNN PETERSON
Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ACTING SOLELY AS NOMINEE FOR WILMINGTON FINANCE, A DIVISION OF AIG FEDERAL SAVINGS BANK
Mortgage Date: AUGUST 23, 2005
Amount: $ 356,250.00
Recorded: SEPTEMBER 02, 2005
Instrument Number: 2005155581
Book: 12796
Page: 0237
Property address: 9 GLEN COURT, BARNEGAT, NJ

This Assignment is made without recourse, representation or warranty.
**In Witness Whereof**, the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed this 18TH day of OCTOBER, 2011.

Signed, Sealed and Delivered
in the Presence of or Attested by

Witnessed by: Clara Taborda
Assistant Secretary

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)

Lesli Goodman
Vice President

STATE OF FLORIDA, COUNTY OF PALM BEACH } SS.:

I CERTIFY that on OCTOBER 18, 2011, Clara Taborda
personally came before me and stated under oath to my satisfaction that:
    (a) this person was the subscribing witness to the signing of the attached instrument;
    (b) this instrument was signed by Lesli Goodman, who is the Vice President at MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., the entity named in this instrument, and was fully authorized to and did execute this instrument on its behalf;
    (c) the subscribing witness signed this proof under oath to attest to the truth of these facts.

Signed and sworn to before me on
OCTOBER 18, 2011.

Notary Public
Krysta Sebastian



Notary Public State of Florida
Krysta Sebastian
My Commission EE050513
Expires 12/20/2014

**Legal Description:**

ALL THAT CERTAIN TRACT, LOT AND PARCEL OF LAND SITUATE IN THE TOWNSHIP OF BARNEGAT, COUNTY OF OCEAN AND STATE OF NEW JERSEY, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEING KNOWN AND DESIGNATED AS LOT 44 IN BLOCK 116.19 AS SHOWN ON "FINAL MAP THE TIMBERS SECTION 5 BARNEGAT TOWNSHIP, OCEAN COUNTY NEW JERSEY" SAID MAP BEING DULY FILED IN THE OCEAN COUNTY CLERK'S OFFICE ON OCTOBER 10, 1973, AS MAP NO. H-353.

BEING ALSO KNOWN AS LOT 44 IN BLOCK 116.19 AS SHOWN ON THE TAX MAP OF TOWNSHIP OF BARNEGAT, AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE NORTHERLY LINE OF GLEN COURT, SAID POINT BEING 346.58 FEET EASTERLY AND NORTHERLY ALONG SAME FROM ITS INTERACTION WITH THE EASTERLY LINE OF SPRUCE CIRCLE SOUTH, IF BOTH WERE EXEMPTED, RUNNING; THENCE
1. NORTH 63 DEGREES 44 MINUTES 48 SECONDS WEST, 108.55 FEET TO A POINT; THENCE
2. NORTH 44 DEGREES 59 MINUTES 32 SECONDS EAST, 133.94 FEET TO A POINT; THENCE
3. NORTH 59 DEGREES 37 MINUTES 13 SECONDS EAST, 55.02 FEET TO A POINT; THENCE
4. SOUTH 00 DEGREES 00 MINUTES 32 SECONDS EAST, 142.68 FEET TO A POINT IN THE NORTHERLY LINE OF GLEN COURT; THENCE
5. WESTERLY ALONG SAME, ON THE ARC OF A CURVE BEARING TO THE LEFT, HAVING A RADIUS OF 50.00 FEET, AN ARC DISTANCE OF 55.62 FEET TO THE POINT AND PLACE OF BEGINNING.

**End Of Report**

THIS REPORT DOES NOT CONTAIN RESTRICTIONS AND EASEMENTS OF RECORD AND IS BASED ON A LIMITED TITLE SEARCH. THIS REPORT IS FOR INFORMATION PURPOSES ONLY. THE LIABILITY OF ALTISOURCE IN ISSUING THIS REPORT IS LIMITED TO THE CHARGE FOR THE REPORT. THIS REPORT IS NOT AN ABSTRACT OF TITLE OR A TITLE INSURANCE COMMITMENT OR POLICY AND SHOULD NOT BE RELIED UPON IN PLACE OF SUCH. IT IS NOT THE INTENTION OF THE COMPANY TO PROVIDE ANY EXPRESS OR IMPLIED WARRANTY, GUARANTY, OR INDEMNITY WITH RESPECT TO THE ACCURACY OR COMPLETENESS OF THE INFORMATION

This is not a certified copy

# Ocean County
## Document Summary Sheet

OCEAN COUNTY
PO BOX 2191
COURTHOUSE
TOMS RIVER NJ 08754

INSTR # 2013035167
OR BK 15488 PG 1308
RECORDED 04/02/2013 02:39:10 PM
SCOTT M. COLABELLA, COUNTY CLERK
OCEAN COUNTY, NEW JERSEY
RECORDING FEES 50.00

**Official Use Only**

| Transaction Identification Number | 1956246 | 1158280 |
|---|---|---|

| | |
|---|---|
| Submission Date (mm/dd/yyyy) | 04/02/2013 |
| No. of Pages (excluding Summary Sheet) | 2 |
| Recording Fee (excluding transfer tax) | $50.00 |
| Realty Transfer Tax | $0.00 |
| Total Amount | $50.00 |

**Return Address** (for recorded documents)
VESTA LAND TRANSFER CORP
111 WOODCREST ROAD
CHERRY HILL, NJ 08003

| Document Type | ASSIGNMENT MORTGAGE |
|---|---|

**Municipal Codes**
BARNEGAT TOWNSHIP    1

**Batch Type**
L2 - LEVEL 2 (WITH IMAGES)

**Bar Code(s)**

**Additional Information (Official Use Only)**

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF OCEAN COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*



# Ocean County
# Document Summary Sheet

| | | | | |
|---|---|---|---|---|
| **Type** | ASSIGNMENT/MORTGAGE | | | |
| **Consideration** | | | | |
| **Submitted By** | VESTA LAND TRANSFER CORP (AFFILIATED COMPUTER SERVICES) | | | |
| **Document Date** | 03/20/2013 | | | |
| **Reference Info** | | | | |

**ASSIGNMENT/MORTGAGE**

| Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|
| MB | 12796 | 237 | | |

| MORTGAGOR | Name | Address |
|---|---|---|
| | DEUTSCHE BANK NATL TRUST CO TRSTE | |
| | ANTHONY PETERSON | |

| ASSIGNEE | Name | Address |
|---|---|---|
| | DEUTSCHE BANK NATL TRUST CO TRSTE | |

| Parcel Info | | | | | |
|---|---|---|---|---|---|
| Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
| | | | | | |

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF OCEAN COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

This is not a certified copy



APN #: 116.19-44
Prepared By: Joe Simmons
When Recorded Mail To:
OCWEN LOAN SERVICING, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Phone Number: 561-682-8835
64709623858
Attorney Code: 13760

## ASSIGNMENT OF MORTGAGE
## NEW JERSEY

This ASSIGNMENT OF MORTGAGE from **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF JANUARY 1, 2006 MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-1**, whose address is c/o Ocwen Loan Servicing, LLC. 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409 ("Assignor") to **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-1** whose address is c/o Ocwen Loan Servicing, LLC. 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409 ("Assignee").

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Assignor does by these presents hereby grant, bargain, sell, transfer and set over unto the Assignee, its successors, transferees and assigns forever, all of the right, title and interest of said Assignor in and to the following instrument describing land therein, duly recorded in the Office of the Public Records of **OCEAN** County, State of New Jersey, as follows;

Mortgagor: ANTHONY PETERSON AND TRACEY LYNN PETERSON
Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ACTING SOLELY AS NOMINEE FOR WILMINGTON FINANCE, A DIVISION OF AIG FEDERAL SAVINGS BANK
Mortgage Date: AUGUST 23, 2005
Amount: $ 356,250.00
Recorded: SEPTEMBER 02, 2005
Instrument: 2005159581      Book: 12796      Page: 0237
Property address: 9 GLEN CT, BARNEGAT, NJ 08005
This Assignment is made without recourse, representation or warranty.
In Witness Whereof, the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed this 20TH day of MARCH, 2013.

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF JANUARY 1, 2006 MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-1 BY ITS ATTORNEY IN FACT OCWEN LOAN SERVICING, LLC**

Signed, Sealed and Delivered
in the presence of or Attested by

Name: Noemi Morales
Title: Sr. Contract Manager

Witnessed by: Leticia N. Arias
Title: Contract Manager

STATE OF FLORIDA, COUNTY OF PALM BEACH} SS.:
I CERTIFY that on MARCH 20, 2013, Leticia N. Arias personally came before me and stated under oath to my satisfaction that:
    (a) this person was the subscribing witness to the signing of the attached instrument;
    (b) this instrument was signed by Noemi Morales, who is the Sr. Contract Manager at **OCWEN LOAN SERVICING, LLC, ATTORNEY-IN-FACT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF JANUARY 1, 2006 MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-1** the entity named in this instrument, and was fully authorized to and did execute this instrument on its behalf;
    (c) the subscribing witness signed this proof under oath to attest to the truth of these facts.
Signed and sworn to before me on MARCH 20, 2013.

Notary Public – **Joel Pires**

Notary Public State of Florida
Joel Pires
My Commission EE 861698
Expires 12/30/2016

**Legal Description Taken From Subject Mortgage:**

ALL that certain tract, lot and parcel of land situate in the Township of Barnegat, county of Ocean and State of New Jersey, being more particularly described as follows:

Being known and designated as Lot 44 in Block 116.19 as shown on "Final Map The Timbers' Section 5, Barnegat Township, Ocean County, New Jersey" said map being duly filed in the ocean County Clerk's Office on October 10, 1973, as Map No. H-353.

Being also known as Lot 44 in Block 116.19 as shown on the Tax Map of the Township of Barnegat, and more particularly described as follows:

Beginning at a point in the northerly line of Glen Court, said point being 346.58 feet easterly and northerly along same from its intersection with the easterly line of Spruce Circle south, if both were extended, and running; thence

1] North 63 degrees 44 minutes 48 seconds West, 108.55 feet to a point; thence
2] North 44 degrees 59 minutes 32 seconds East, 133.94 feet to a point; thence
3] North 59 degrees 57 minutes 13 seconds East, 55.02 feet to a point; thence
4] South 00 degrees 00 minutes 30 seconds East, 142.68 feet to a point in the northerly line of Glen Court; thence
5] westerly along same, on the arc of a curve bearing to the left, having a radius of 50.00 feet, an arc distance of 55.62 feet to the point and place of Beginning.

Commonly known as 9 Glen Court.

The above description is drawn in accordance with a survey dated October 25, 1993 by J Y Land Surveying.

This is not a certified copy

# OCEAN COUNTY CLERK'S OFFICE
## RECORDING DOCUMENT
## COVER SHEET

**SCOTT M. COLABELLA**
**OCEAN COUNTY CLERK**
P.O. BOX 2191
TOMS RIVER, NJ 08754-2191
(732) 929-2110
www.oceancountyclerk.com

OFFICIAL USE ONLY

**DATE OF DOCUMENT:** (Enter Date as follows:00/00/0000)
08 / __ / 2019 (MM/DD/YYYY)

**TYPE OF DOCUMENT:** (Select Doc Type from Drop-Down Box)
AFFIDAVIT OF MISSING ASSIGNMENT

OFFICIAL USE ONLY - REALTY TRANSFER FEE

**FIRST PARTY NAME:** (Enter Last Name, First Name)
NATIONSTAR MORTGAGE LLC
ANTHONY PETERSON AND TRACEY LYNN PETERSON
Deutsche Bank National Trust Co
Morgan Stanley Home Equity Loan Trust
US Bank National Assoc.

**SECOND PARTY NAME:** (Enter Last Name, First Name)
Nationstar Mortgage LLC

**ALL ADDITIONAL PARTIES:** (Enter Last Name, First Name)
NP2 Pass through Trust x

**RETURN NAME AND ADDRESS:**

---

THE FOLLOWING SECTION IS REQUIRED FOR DEEDS ONLY

**BLOCK:**

**LOT:**

**MUNICIPALITY:** (Select Municipality from Drop-Down Box)

**CONSIDERATION:** $356,250.00

**MAILING ADDRESS OF GRANTEE:** (Enter Street Address, Town, State, Zip Code)
Street Address | Town | State | Zip

THE FOLLOWING SECTION IS FOR
ORIGINAL MORTGAGE BOOKING & PAGING INFORMATION FOR ASSIGNMENTS, RELEASES,
SATISFACTIONS, DISCHARGES & OTHER ORIGINAL MORTGAGE AGREEMENTS ONLY

**ORIGINAL BOOK:** 12796

**ORIGINAL PAGE:** 0237

**OCEAN COUNTY CLERK'S OFFICE RECORDING DOCUMENT COVER SHEET**

Please do not detach this page from the original document as it
contains important recording information and is part of the permanent record.

When Recorded Return To:
Nationstar Mortgage LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## AFFIDAVIT OF MISSING ASSIGNMENT

The undersigned _____Nisha Patel_____, being duly sworn deposes and states as follows:
1. That I am a _____Vice President_____ of **NATIONSTAR MORTGAGE LLC** having its principal place of business at C/O NATIONSTAR MORTGAGE LLC, 8950 CYPRESS WATERS BLVD. COPPELL, TX 75019, an officer duly authorized to make this affidavit.
2. That I have personal knowledge of the facts set forth in this Affidavit.
3. That **NATIONSTAR MORTGAGE LLC** ("Current Mortgagee/Beneficiary") is the Mortgagee/Beneficiary of a certain Mortgage/Deed of Trust (the "Mortgage/Deed of Trust") dated 08/23/2005 made by **ANTHONY PETERSON AND TRACEY LYNN PETERSON** as Mortgagor(s)/Trustor(s) to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR WILMINGTON FINANCE, A DIVISION OF AIG FEDERAL SAVINGS BANK, ITS SUCCESSORS AND ASSIGNS** as Original Mortgagee/Beneficiary, which Mortgage/Deed of Trust was recorded on 09/02/2005 in the office of the Recorder, Registrar or Clerk of OCEAN County, in the State of NJ, in Book 12796 and Page 0237.
Property is more commonly known as: 9 GLEN CT BARNEGAT TWP, BARNEGAT, NJ 08005.
4. That the Current Mortgagee/Beneficiary owns and holds said Mortgage/Deed of Trust as a result of sale and assignment thereof to the Current Mortgagee/Beneficiary from a previous Mortgagee/Beneficiary. The Current Mortgagee/Beneficiary duly and properly acquired the Mortgage/Deed of Trust and has in its possession the Mortgage/Deed of Trust loan documentation pertaining to same.
5. That I have examined an abstract of the public records of said County, and all known collateral documents in possession of the Current Mortgagee/Beneficiary, and there appears to be a gap in the chain of assignments of said Mortgage/Deed of Trust from the Original Mortgagee/Beneficiary to the Current Mortgagee/Beneficiary. There is at least one assignment between **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-1**, and **U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST X** and perhaps others within this gap that do not appear of public record.
6. That I have concluded that such missing assignment(s) either were never completed or, if completed, were lost, misplaced or destroyed before the same could be placed of record.
7. That, after a diligent good faith attempt, I have concluded such assignment(s) cannot now be obtained. If a copy of one or more incomplete or otherwise unrecordable intervening assignment(s) are available, they are attached to this affidavit.
8. That the Current Mortgagee/Beneficiary has not further assigned or transferred said Mortgage/Deed of Trust to any other party.
9. That this affidavit is made to induce the Recorder, Registrar or Clerk of said County to accept for recording this instrument, executed and acknowledged by the Current Mortgagee/Beneficiary, in place of said lost, misplaced or destroyed assignment(s).
10. The Current Mortgagee/Beneficiary agrees to indemnify and hold harmless the Recorder, Registrar or Clerk of said County from and against any cost or claims that may arise by reason of the acceptance and recording of this affidavit.

Dated on ____/____/____ (MM/DD/YYYY)
NATIONSTAR MORTGAGE LLC

_____Nisha Patel_____
_____Vice President_____

STATE OF __Texas__ COUNTY OF __Dallas__  AUG 14 2019
Sworn to (or affirmed) and subscribed before me, ____/____/____ (MM/DD/YYYY) by __Nisha Patel__ as __Vice President__ for NATIONSTAR MORTGAGE LLC. He/she is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

_____Sylvia Ramirez_____
Notary Public - STATE OF __Texas__
Commission expires: MAR 07 2023

SYLVIA RAMIREZ
Notary Public, State of Texas
Comm. Expires 03-07-2023
Notary ID 131921660

Document Prepared By: Nationstar Mortgage LLC, 4000 Horizon Way, Irving, TX 75063, 308-632-5154

Prepared By and Return To:

Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

Space above for Recorder's use

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST X**, whose address is **60 LIVINGSTON AVENUE, EP-MN-WS3D, ST. PAUL, MN 55107**, (ASSIGNOR), does hereby grant, assign and transfer to **US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR THE IGLOO SERIES IV TRUST**, whose address is **7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: 8/23/2005
Original Loan Amount: $356,250.00
Executed by (Borrower(s)): ANTHONY PETERSON & TRACEY LYNN PETERSON
Original Lender: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR WILMINGTON FINANCE, A DIVISION OF AIG FEDERAL SAVINGS BANK, ITS SUCCESSORS AND ASSIGNS
Filed of Record: In Mortgage Book/Liber/Volume 12796, Page 237
Document/Instrument No: 2005159581 in the Recording District of Ocean, NJ, Recorded on 9/2/2005.
**MUNICIPALITY: TOWNSHIP OF BARNEGAT**

Property more commonly described as: 9 GLEN CT, BARNEGAT, NEW JERSEY 08005

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: 9/3/2020

**U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST X, BY MERIDIAN ASSET SERVICES, LLC, ITS ATTORNEY-IN-FACT**

By: MURAT DENIZ
Title: VICE PRESIDENT

Witness Name: TIFFANY ALMEYDA

POA BATCH #12009
POA WAS RECORDED IN FRANKLIN COUNTY, OH
ON 9/18/2020 /INST: 202009190141277

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of **FLORIDA**
County of **PINELLAS**

On 9/3/2020, before me, JULIE ARENCIBIA, a Notary Public, personally appeared **MURAT DENIZ, VICE PRESIDENT of/for MERIDIAN ASSET SERVICES, LLC, AS ATTORNEY-IN-FACT FOR U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST X**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **FLORIDA** that the foregoing paragraph is true and correct. I further certify the foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization and that MURAT DENIZ, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

_____

(Notary Name): JULIE ARENCIBIA
My commission expires: 7/18/2022



JULIE ARENCIBIA
Commission # GG 197807
Expires July 18, 2022
Bonded Thru Budget Notary Services

Prepared By and Return To:

Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

Space above for Recorder's use

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE IGLOO SERIES IV TRUST, whose address is 7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251, (ASSIGNOR), does hereby grant, assign and transfer to US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF DWELLING SERIES IV TRUST, whose address is 7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: 8/23/2005
Original Loan Amount: $356,250.00
Executed by (Borrower(s)): ANTHONY PETERSON & TRACEY LYNN PETERSON
Original Lender: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR WILMINGTON FINANCE, A DIVISION OF AIG FEDERAL SAVINGS BANK, ITS SUCCESSORS AND ASSIGNS
Filed of Record: In Mortgage Book/Liber/Volume 12796, Page 237
Document/Instrument No: 2005159581 in the Recording District of Ocean, NJ, Recorded on 9/2/2005.
MUNICIPALITY: TOWNSHIP OF BARNEGAT

Property more commonly described as: 9 GLEN CT, BARNEGAT, NEW JERSEY 08005

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: 10/16/2020

US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE IGLOO SERIES IV TRUST, BY MERIDIAN ASSET SERVICES, LLC, ITS ATTORNEY-IN-FACT

By: MURAT DENIZ
Title: VICE PRESIDENT

Witness Name: TIFFANY ALMEYDA

POA BATCH #11963
POA WAS RECORDED IN ALLEN COUNTY, IN
ON 9/15/2020 /INST: 2020055784

CFN 2021074057 O DOC TYPE ASSN MTG BK 18476 PG 1020 PAGE 3 OF 4

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of      **FLORIDA**
County of   **PINELLAS**

On 10/16/2020, before me, JEFF G. JORDAN, a Notary Public, personally appeared **MURAT DENIZ, VICE PRESIDENT of/for MERIDIAN ASSET SERVICES, LLC, AS ATTORNEY-IN-FACT FOR US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE IGLOO SERIES IV TRUST**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **FLORIDA** that the foregoing paragraph is true and correct. I further certify the foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization and that MURAT DENIZ, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

(Notary Name): **JEFF G. JORDAN**
My commission expires: **02/26/2024**

Jeff G. Jordan
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG962762
Expires 2/26/2024