# Exhibit "E"

Jason Schwartz, Esq.
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for SN Servicing Corporation as servicer for U.S.
Bank Trust National Association, as Trustee of Dwelling
Series IV Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X
|  |  |
|---|---|
| IN RE:<br><br>Anthony Charles Peterson<br>Tracey Lynn Peterson<br><br>Debtors | CASE NO.: 22-19036-MBK<br><br>CHAPTER: 13<br><br>HON. JUDGE.:<br>Michael B. Kaplan<br><br>HEARING DATE: March 8, 2023 at 9:00 AM |

------------------------------------------------------------X

## CERTIFICATION RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED AUGUST 23, 2005

Kathy Watson of full age, employed as Bankruptcy Account Manager by SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust, hereby certifies the following information:

Property Address: 9 Glen Court, Barnegat, NJ 08005

Mortgage Holder: SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust

Mortgagors/Debtors: Anthony Charles Peterson, Tracey Lynn Peterson

POST-PETITION PAYMENTS (Post Petition Filed November 14, 2022)

| Amount Due | Due Date | Mo/Yr Payment Applied | Amount Received | Date of Payment | Running Suspense |
|---|---|---|---|---|---|
| $1,837.63 | 12/01/2022 | N/A | $0.00 | N/A | $0.00 |
| $1,837.63 | 01/01/2023 | N/A | $0.00 | N/A | $0.00 |
| TOTAL: $3,675.26 | | | TOTAL: $0.00 | | |

Monthly payments past due: **2** mos. x **$3,675.26** (Monthly Payments 12/2022-01/2023) + attorney's fees and costs of **$1,238.00** = **$4,913.26** as of **January 1st, 2022.**

Effective current monthly payment is comprised of:

    Principal & Interest   $869.11
    Escrow   $968.52
    Late Charge   $0.00
    Other   $0.00
    TOTAL   $1,837.63

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary): Payment changes pursuant to filed Notice of Mortgage Payment Change

Pre-petition arrears: $104,893.37 per Claim 9-1 filed on January 23, 2023.

I certify under penalty of perjury that the foregoing is true and correct.

2-14-2023
Date

*[Signature: Kathy Watson]*