| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jason Schwartz, Esq.<br>Friedman Vartolo LLP<br>1325 Franklin Avenue, Suite 160<br>Garden City, NY 11530<br>P: (212) 471-5100<br>Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust | Case No.: | 22-19036-MBK |
| | Chapter: | 13 |
| In Re:<br><br>Anthony Charles Peterson<br>Tracey Lynn Peterson<br><br>Debtors | Adv. No.: | |
| | Hearing Date: | March 8, 2023 at 9:00 AM |
| | Judge: | Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, __Christopher M. Janusas__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for ___Jason Schwartz, Esq.___, who represents ___SN Servicing Corporation___ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On ___02/14/2023___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    - Motion for Relief

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: ___02/14/2023___　　　　　　　/s/ Christopher M. Janusas
　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Anthony Charles Peterson,<br>Tracey Lynn Peterson<br>9 Glen Court<br>Barnegat, NJ 08005 | Pro-Se Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |